# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | MJ 18-351 LF | UNITED STATES vs. RODRIGUEZ, JR. | |
| Hearing Date: | 2/2/2018 | Time In and Out: | 10:00/10:05 |
| Clerk: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Rodolfo Rodriguez Jr. | Defendant's Counsel: | Pro Se |
| AUSA | Novaline Wilson | Pretrial/Probation: | Anthony Carter |
| Interpreter: | N/A | | |

## Initial Appearance
- ☐ Defendant sworn
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain    ☐ Government does not recommend detention
- ☒ Set for Preliminary/Detention Hearing    on February 5, 2018    @ 9:30

## Preliminary/Show Cause/Identity
- ☐ Defendant
- ☐ Court finds probable cause    ☐ Court does not find probable cause

## Custody Status
- ☐ Defendant waives Detention Hearing
- ☒ Defendant detained pending hearing
- ☐ Conditions

## Other
- ☐ Matter referred to     for final revocation hearing
- ☐