U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. | 2. G-DEP Identifier UGH1D |
| | 3. File Title RODRIGUEZ Jr., Rodolfo | |
| 4. Page 4 of 8 | | |
| 5. Program Code HID100 | 6. Date Prepared 02-03-2018 | |

Rodolfo RODRIGUEZ Jr. was arrested in Albuquerque, New Mexico in possession of approximately 1.10 gross kilograms of heroin and 57.10 gross kilograms of marijuana in Albuquerque, New Mexico on February 1, 2018. RODRIGUEZ is being charged on the federal level in the District of New Mexico and appeared for his initial appearance on February 2, 2018.

**WITNESSES**

Drug Enforcement Administration Special Agent Jarrell W. Perry

Drug Enforcement Administration Task Force Officer Seth Chavez

Drug Enforcement Administration Task Force Officer Clarence Davis

Drug Enforcement Administration Task Force Officer Frank Chavez

Drug Enforcement Administration Task Force Officer Jason Franklin

**DETAILS**

1. On Thursday, February 1, 2018, S/A Perry and TFO S. Chavez were at the Amtrak Train Station in Albuquerque, New Mexico to check the eastbound Amtrak Train number four that makes a regularly scheduled stop in Albuquerque, New Mexico.
2. S/A Perry boarded the coach section of the Amtrak Train and began conducting consensual encounters with the passengers that were aboard the train. S/A Perry approached a male, later identified as Rodolfo RODRIGUEZ Jr., who was seated in his respective seat, in the first seat in front of the coach car, in the window seat on the left-hand side of the car. S/A Perry stood across the aisle way in order to not block RODRIGUEZ' egress from his seat or movement on the Amtrak Train. S/A Perry displayed his DEA badge to RODRIGUEZ, identified himself as a police officer to RODRIGUEZ, asked for permission to speak with RODRIGUEZ and RODRIGUEZ unfolded his Amtrak train ticket folder and handed it to S/A Perry while stating, "This is my ticket."

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

**Exhibit A**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.   US v. Rodolfo Rodriguez 004